Good morning, Honors. My name is Loretta Marcos. I'm the Director of Education at Dean's Court. The question on this Court is whether the DMV's discretionary details deal with the role of the Dean of Judicial Relationships within the Department of Justice. We clearly do not. The Department of Justice does not have the authorization and directive to insert Antonio's DMV's on or against his order. We require the Dean's Court to provide special information to the Court. The Court responded to more information on the DMV's discretionary details in its diversity case report for the current scenario. The Court did not comment on the record of the DMV's decision to insert Antonio's DMV's on or against his order. The Court does not have the authority to insert Antonio's DMV's on or against his order. This was a decision of the Board of Honors in 2009. So, it is my role as a person of color to be able to provide information on special information and to share it with the students. I consider it a privilege. We did not issue a written apology. We did not issue a written apology to our colleagues. We did not issue a written apology to the Dean for the failure of the DMV. I have a couple of more things to say about this point, but then I'll leave it at that. Your argument is that there is no evidence, but the disability is something that should not be considered. No, I think it should be considered for sure. I think the Board of Honors should consider what is what standard, right? Thank you for your question. So, at that point, I have a, who has all these cases in front of them, who now looks at the same evidence that I'm looking at, and they have discretion. They have the discretion to use their jurisdiction. And I would say that based on this record, they were illogical or implausible or had no basis for their discipline. That's what you're saying. I believe that you used the word illogical, and that's what the Board of Honors should consider. I'm sorry to say, I mean, that is the problem that I have is that even when I go down where you are, I don't know that I have a standard or a view that I can make that decision. And I may be able to make that decision differently than they do, but here we are. We're talking about, I mean, they don't have any discretion. They don't know what the standard is, and you're asking me on this record to say that it's not. They are sly. And what they did is logical. What's your point? I believe that you used the word illogical, and that's what the Board of Honors should consider. It's arbitrary. It's not a country. It's not a state. It's arbitrary rather than in words. And I can give you an example. Some of the words I use on the Ninth Circuit are very safe words, and I have quite a bit of discretion in the Ninth Circuit rather than the words they use. So that's why I'm posing the question to you. Even if I were to make the decision that I may do something different, which I say what they did, is that how it works? That's your question. That's what you've been approving me to use since. I think that's the problem with the changes that they've made. They've made it almost very small and individualized. And that's why I think that there's going to be a lot of district judges who are going to refuse to discuss and make one decision rather than one decision. They get a chance to seek the evidence. They get a chance to call it a situation. It's just going to come out the same way. It doesn't mean they will come out the same way. It doesn't mean they have used their discretion. Well, I mean, there's so many different cases. It's almost like there are many cases just because there's a body underneath me without being available. It comes out differently in one case and then goes back to this other case. That's one of the cases. I'm going to ask you a question. What is the role of the state attorney in solving these different rules? Is it one that returns some of these warrants as much? Or is it one that's solely in the SBA's hands to get action? Is that the role during the court? Well, the role of the attorney is to offer the attorney the opportunity to file the warrant. You've made a few errors in your argument. You've argued in a prior case where the only thing that you can file a information record is that there will be a learning disability. So I'm going to recommend to you that you call the attorney and say, we want you to introduce a learning disability warrant. Once we know that in each case, there was a child with a learning disability, that it's to be made available. Other cases, such as learning disability or in this case, a child with a learning disability, that it's to be made available. I believe that the role of the state attorney in solving these different cases is great. It's great. But also, what we did here, is we called in the attorney and said, we're going to issue you a warrant at the state attorney. It's going to be in your possession. We don't have control of that.  we're going to issue you a warrant. In the prior cases, one of the more beneficial information for a learning disability was it's not required to have an authoritative juridical basis. In this case, you're going to use a serious warrant. What makes this more, in terms of the standard score and such, do you use impartial to all cases, or do you use impartial to all cases? Well, there are two main types. One is impartial to all cases. One is impartial to all cases. It's a very common and serious way of approaching it. But these aren't, these aren't being crossed free to say this is the individual's right? Correct. In my case, I was using impartial to all cases. In my case, I'm going to go back to the state attorney, so that's going to be me. So, for this particular case, there was a need that we needed to be responsible for the hearing that was taking place. So, we went to the state attorney. So, what we did was, it was the state attorney, and then we went to the state attorney and asked him to specifically tell us if he had any questions about his client's case. And he said, you know, he was trying to show us that he was going to, that he could go out and ask us questions to accommodate the two. So, it's really important to rely on between individual hearings and individual hearings to be able to show folks what's going on and then to be able to show that he's indicating that the person that actually is over here is a resourceful person. We'll hear a lot of things at the start, but at the end of the day, it's more about the person.  we went to the state attorney and we asked him to show us if he had any questions about his client's case. And he said, you know, he was trying to show us that he was going to, that he could go out and ask us questions   it's really important to rely on between individual hearings and individual hearings to be able to show that he's indicating that the person that actually is over here  And we went to the state attorney   And he said,    that he could go out and ask us questions and we relied on between individual hearings to be able to show that he was going to. The part of the petition that I'm sure the state attorney raised, and of course, it's a question that we had in our meeting that was obviously not being answered or even recorded in the merits of the meeting, that I most agree on, but it was obviously more in the merits that the state attorney's description of the story were not considered, they're not considered here. There's no question that the court's decision indicated that it considered the new evidence of the moderate disorder that is a paraplegic moderate and it considered the request sufficient to warrant the application to the state attorney by the state attorney's case. It's a great deal of work and a hell of a serious condition and it's the only high-level evidence that the state attorney has any issues concerning. It's a considering, also a separate version of the law that says, well, it's a disorder, it's a special disorder that involves treatment and specific problems where the normal form is being called speech. Now, it could be hysterical, it could be cathartic, and it's a double-edged sword that could be created in this situation and it's not necessarily what it was initially. I just want to highlight the fact that all the cases that we see before us are cases where we reconsider, we say, okay, that's a serious condition that is a paraplegic moderate which is, that's why we say it's a serious disorder that's occurring. I don't know if any of you have seen the file and if you haven't, I'll use the record before you. I'm going to continue using the record. The court can rely on a number of attorneys that have been registered, submitted, and supported by the state attorney on the past 30 years to make this case the case of the case where we have been on the board after having already reached a serious determination of coercion that is a result of the EPA's direct command of the state attorney. The condition alleged in Australia is a serious disorder that occurs except for the extremely unusual hardship which is 4,003 on a standard arrangement subject to these court aspects. For all the court has to do on these courts set forth in the most relevant it's really not to say it's going to be a question about the children and their condition. Here's the information about it. Here you get pretty much all the full extent of what was actually told. But there are other things in the record that show some sort some sort of summary which is about the need for social education and the combination of the physical disorders with the physical education and the other administrative requirements for social education. I suppose that would be a good idea as well as an issue of determining the seriousness of the standard requirements as to whether it's been dealt with effectively by the special education and the conditions perceived. Well, that's kind of the bottom line of the case. I mean, basically what I'm trying to say is that if you're still volunteering just being by yourself should be taken into consideration as to whether you want to stay here in the U.S. and you still have your father's custody or have any impact on that. I agree with what you said that you remain here as a friend. It's definitely an important obligation and, of course, this is an obligation that the body person should be invested in the treatment of those patients who is in serious medical worries and is able to receiving assistance given that they will remain in the United States. I don't want to take away a lot of this, and so I'm just trying to say that the United States will remain in the United States. I think the President has said that she will try to do her part along with the new senators and she will do her part            She will do her part and I believe she will do her part. So I hope that she does her  And           you very much. Thank you. Thank you very much. Thank you. Thank you. Thank you. Thank you. Thank you very   you. Thank you very much. And here we go. Okay.  player six. Play player six, player six,  five, four, three, two,  and zero. I'm not going to be able to see. I'm not going to be able to see how I'm going to affect the position of the Shima community in the United States without having a perception. That's incorrect. That's not true.  I think that's a huge mistake. I think it's a huge mistake. I think it's a huge mistake. No, it's not. No, it's not. That's a big mistake. That's a big mistake. That's a big mistake. That's a big mistake,  the
judges: Bybee, N.R. Smith, Korman